JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLENE R. ATHERTON,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SOFITEL HOTELS AND RESORTS, ET AL.,<br><br>　　　　　Defendant(s). | Case No. CV 19-8997-CJC (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: February 20, 2020

_____
HONORABLE CORMAC J. CARNEY
United States District Judge